UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ALEX IJANYI BINI,

Petitioner,

v.

CURTIS J. ALJETS,
District Director Immigration
and Naturalization (INS),

Respondent.

---

Civil No. 01-629 (RHK/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a prisoner at the Minnesota Correctional Facility in Rush City, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that the U.S. Immigration and Naturalization Service is intending to remove him from the United States to Nigeria in violation of his rights under federal law and the Constitution.

Respondent is directed to make a return in writing within 20 days from the date of this order, showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's current incarceration and contemplated removal from the United States;

2. A reasoned memorandum of law and fact setting forth Respondent's legal position on the merits of the petition, and Respondent's recommendation as to the need for this court to conduct an evidentiary hearing in this matter;

3. Certified copies of any court records, administrative records, or prison records that may be germane to the issues raised in the petition.

FILED APR 2 0 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of Respondent's return, the parties shall await the further order of this Court.

Dated: April 19, 2001

E.S. SWEARINGEN
United States Magistrate Judge