# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alex Ifanyi Bini

Plaintiff

v.

Curtis J. Aljets

Defendants

Case No. Civil 01-629 RHK/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus be denied. Any action against the Petitioner pursuant to a warrant of removal/deportation be stayed, pending appeal of this denial.

DATE: August 31, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk